IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| CLEAN VENTURE, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: AMD-07-3059 |
| SPARROWS POINT METAL RECOVERY, LLC, et al. | * | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Clean Venture, Inc. hereby dismisses the Complaint in this case with prejudice.

Dated: January 10, 2008.

<u>/s/ J. Stephen Simms</u>
J. Stephen Simms (#4269)
Donna Davis Ebaugh
Simms Showers LLP
Suite 702
Twenty South Charles Street
Baltimore, Maryland  21201
Tel: (410) 783-5795
Fax: (410) 510-1789

OF COUNSEL:
Raymond Robert Wiss
Melissa Kanbayashi
Wiss Cooke & Santomauro
Three University Plaza
Suite 207
Hackensack, New Jersey 07601
Tel: (201) 488-1030
Fax: (201) 488-7313